UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KELORAE BULLCHILD,<br><br>　　　　　　Defendant. | PO-22-5081-GF-JTJ<br>Ticket Number: E1102844 and<br>　E1102842<br>Location Code: M13<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL<br>CASE AND ORDER DISMISSING |

　　　　The Defendant, Kelorae Bullchild, was present in court and entered a plea of guilty to the charges of: OPERATING A MOTOR VEHICLE WITHOUT LIABILITY INSURANCE - 2ND OFFENSE and EXCEEDING THE POSTED SPEED LIMIT 59 IN A 45.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.  Defendant must pay a fine in the amount of $100.00 plus $30.00 Special Assessment for OPERATING A MOTOR VEHICLE WITHOUT LIABILITY INSURANCE - 2ND OFFENSE and $100.00 plus $30.00 Special Assessment for EXCEEDING THE POSTED SPEED LIMIT 59 IN A 45 for a total of $260.00,  Defendant must pay by check or money order payable to U.S. COURTS CVB@ and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at

www.cvb.uscourts.gov . The fine shall be paid as follows: Starting October 7th $50 paid on the first Friday of every month until paid in full.

     Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate John Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

IT IS FURTHER ORDERED that VIOLATION NUMBERS E1102843 and E1102842 are hereby DISMISSED on the motion of the United States.

Date of Imposition of Judgment: Septe

____9/30/2022_____
Date Signed

_____
John Johnston
United States Magistrate Judge